UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THERESE (TERRI) M. TERRIS and <br> EDWARD R. TERRIS, <br>     Plaintiff, <br> <br> v. <br> <br> BLACKBERRY FARM, LLC, <br>     Defendant. | ) <br> ) <br> ) <br> )  No. 3:12-CV-476 <br> )  (SHIRLEY) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 7].

Now before the Court is Defendant's Motion for Extension of Time in Which to File Witness List and Rule 26 Witnesses [Doc. 19], in which Defendant moves the Court to extend the deadline for filing each parties' "witness lists."[1] In support of this request, Defendant states that: it has not been provided with medical bills for certain expenses claimed by Plaintiffs; it has not received a final expert report from the expert that it retained to review Plaintiff's medical records; and it needs additional time to determine if certain rebuttal witnesses are needed. The deadline at issue expire on February 24, 2014, and in its motion, Defendant does not suggest a date to which the Court should extend the deadline.

---

[1] Defendant's motion appears to imply that the parties' deadlines for disclosing expert witnesses should be extended. However, these deadlines – 90 days before trial for Plaintiff and 60 days before trial for Defendant – have not yet expired. [See Doc. 15]. The only deadline alluded to in the Motion that expires 120 days prior to trial, *i.e.* February 24, 2014, is the deadline for a final witness list. Thus, the Court will not address the deadlines for expert witness disclosure herein.

Plaintiffs respond by stating that they do not oppose the request for extension. However, they note that depositions are scheduled to take place in California on March 4, 2014, and to the extent the extension is granted, Plaintiffs request that the revised deadline allow the Plaintiffs sufficient time to address any additional issues that may be raised before discovery closes on March 26, 2014.

The Court has considered the parties' positions and the schedule in this matter. The Court finds that the Motion for Extension of Time **[Doc. 19]** is well-taken, and it is **GRANTED**. The parties shall have up to and including **March 10, 2014**, in which to exchange final witness lists. All other deadlines and dates remain unchanged, and the parties are to continue to diligently prepare this matter for trial on June 24, 2014.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge