UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THERESE (TERRI) M. TERRIS and <br> EDWARD R. TERRIS, <br><br> Plaintiff, <br><br> v. <br><br> BLACKBERRY FARM, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 3:12-CV-476 <br> ) (SHIRLEY) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 7].

Now before the Court is Defendant's Motion to Extend Deadline for Witnesses [Doc. 24]. The Plaintiffs do not oppose the relief sought by Defendant. [Doc. 27]. The parties appeared before the undersigned for a telephonic hearing to address Defendant's Motion to Extend. For the reasons more fully stated at the conference, the Court finds that the Defendant's Motion to Extend **[Doc. 24]** is well-taken, and it **GRANTED**. The Amended Scheduling Order [Doc. 15] is **MODIFIED** as follows:

1. The Plaintiff shall have up to and including **April 9, 2014**, to disclose any and all witnesses it intends to call at trial;

2. The Defendant shall have up to and including **April 25, 2014**, to disclose any and all witnesses it intends to call at trial; and

3. All discovery in this case shall be completed on or before **May 23, 2014**.

All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge